IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

In re:   ALAN GAULT DILLARD, III         Case No: 24-00897
        ANGELA JOY DILLARD §
        §    Chapter 7
        Debtor(s) §    Judge Randal S. Mashburn
        §

---

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS:** April 24, 2026
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE:** 9:30 A.M. ; May 5, 2026 ;
**Court Room** 1    Virtual hearing if allowed; see website for details); {LocAddl}

---

### NOTICE OF SUMMARY OF TRUSTEE'S FINAL REPORT AND
### APPLICATION FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed.R.Bankr.P. 2002(a)(6) and 2002(f)(8), please take notice that
Erica R. Johnson                    , trustee of the above styled estate, has filed a Final Report and
the trustee and the trustee's professionals have filed final fee applications, which are summarized
in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection
at the Office of the Clerk, at the following address:

U.S. Bankruptcy Court, 701 Broadway, Room 170, Nashville, TN 37203
(Monday - Friday, 8:00 a.m. - 4:00 p.m.)

Any person wishing to object to any fee application that has not already been approved or
to the Final Report must file a written objection by April 24, 2026   , together with a request for a
hearing and serve a copy of both upon the trustee, any party whose application is being challenged
and the United States Trustee. A hearing on the fee application and any objection to the Final
Report will be held at 9:30 A.M. **on** May 5, 2026   ; **Court Room** 1 **(Virtual hearing if allowed;**
**see website for details); {LocAddl}.** If no objections are timely filed, the court will act on the fee
application and approve the trustee's compensation and expenses, and disbursements will be made
as proposed pursuant to FRBP 3009 without further order of the Court.

**YOUR RIGHTS MAY BE AFFECTED.** Absent timely response, the court will approve
the trustee's compensation and expenses and the pending fee application and disbursements will be
made as proposed. If you do not want the court to grant the motion or the trustee to make the
disbursements as proposed, then on or before April 24, 2026, you or your attorney must:

1.     File with the Court your written response or objection explaining your position:

Electronically: https://ecf.tnmb.uscourts.gov ( <u>Required for registered Filers and Users who have accepted electronic notice in this case.)</u>

By Mail at: US Bankruptcy Court, 701 Broadway, Room 170, Nashville, TN 37203

In Person: US Bankruptcy Court, 701 Broadway, Room 170, Nashville, TN (Monday - Friday, 8:00 a.m. - 4:00 p.m.)

2.   **Your response must state the deadline for filing responses is** April 24, 2026 **the date of the scheduled hearing is** May 5, 2026, **and the NOTICE to which you are responding is the Trustee's Final Report**. If you want a file stamped copy returned, you must include an extra copy and self-addressed, stamped envelope.

3.   **If you do not file your response electronically, you must also mail a copy of your response to:**

     Erica R. Johnson, 8161 Highway 100, Suite 184, Nashville, TN 37221

     United States Trustee, 318 Customs House, 701 Broadway, Nashville, TN 37203

If a timely response is filed, the hearing will be held at the time and place indicated above. **THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE**. You may check whether a timely response has been filed by calling the Clerk's office at 615-736-5584 or viewing the case on the Court's website at <u>ecf.tnmb.uscourts.gov.</u> If you received this notice by mail, you may have three additional days in which to file a timely response under Rule 9006(f) of the Federal Rules of Bankruptcy Procedure.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the notice, motion and proposed order and may enter an order granting that relief.

Date: March 25, 2026                By:   <u>Vanessa A. Lantin, Clerk of Court</u>

                                    BY: /s/ RWW
                                    Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

In re: ALAN GAULT DILLARD, III     §    Case No. 24-00897
      ANGELA JOY DILLARD          §
                                             §
                                             §
              Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| *The Final Report shows receipts of :* | $ | 50,000.00 |
| *and approved disbursements of:* | $ | 3,722.29 |
| *leaving a balance on hand of[1]:* | $ | 46,277.71 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2-2 | AVT Virginia, LP | 475,373.00 | 0.00 | 0.00 | 0.00 |
| 11 | MONTICELLO MEMORY GARDENS | 13,345.54 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:    $        0.00
Remaining balance:    $        46,277.71

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Erica R. Johnson, Trustee | 5,750.00 | 0.00 | 5,750.00 |
| Attorney for Trustee Fees - ERICA R. JOHNSON, ATTORNEY AT LAW, PLLC | 2,475.00 | 2,475.00 | 0.00 |
| Attorney for Trustee, Expenses - ERICA R. JOHNSON, ATTORNEY AT LAW, PLLC | 224.81 | 224.81 | 0.00 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Total to be paid for chapter 7 administrative expenses: $ 5,750.00
Remaining balance: $ 40,527.71

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 40,527.71

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $95,179.55 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8P | Department of Treasury - Internal Revenue Service | 95,179.55 | 0.00 | 40,527.71 |

Total to be paid for priority claims: $ 40,527.71
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $7,866,239.12 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Honda Finance Corporation | 19,845.57 | 0.00 | 0.00 |
| 3 | Markel Insurance Company | 781,515.39 | 0.00 | 0.00 |
| 4 | The Cincinnati Insurance Company | 59,123.43 | 0.00 | 0.00 |
| 5 | Ford Motor Credit Company, LLC | 13,999.84 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | Commerce Bank | 25,053.32 | 0.00 | 0.00 |
| 7 | Hanmi Bank | 21,346.01 | 0.00 | 0.00 |
| 8U | Department of Treasury - Internal Revenue Service | 12,123.09 | 0.00 | 0.00 |
| 9 | Virginia Federal Credit Union | 15,303.41 | 0.00 | 0.00 |
| 10 | Virginia Federal Credit Union | 34,248.29 | 0.00 | 0.00 |
| 12 | BOXLEY MATERIALS COMPANY | 68,769.30 | 0.00 | 0.00 |
| 13 | Spring Oaks Capital SPV, LLC | 2,868.34 | 0.00 | 0.00 |
| 14 | BRIGGS & STRATTON | 13,646.88 | 0.00 | 0.00 |
| 15 | American Express National Bank | 4,797.61 | 0.00 | 0.00 |
| 16 | JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA, N.A. | 60,368.13 | 0.00 | 0.00 |
| 17 | The Huntington National Bank | 52,998.47 | 0.00 | 0.00 |
| 18 | 1ST SOURCE BANK | 12,318.47 | 0.00 | 0.00 |
| 19 | Jefferson Capital Systems, LLC | 7,935.19 | 0.00 | 0.00 |
| 20 | Douglas E Little | 5,907.00 | 0.00 | 0.00 |
| 21 | STEARNS BANK | 192,596.25 | 0.00 | 0.00 |
| 22 | Blue Ridge Bank, N.A. | 4,419,800.40 | 0.00 | 0.00 |
| 23 | Blue Ridge Bank, N.A. | 2,041,674.73 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

None

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardily filed general unsecured claims:   $    0.00

Remaining balance:   $    0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:   $    0.00

Remaining balance:   $    0.00

Prepared by: /s/ Erica R. Johnson, Trustee

Trustee

Erica R. Johnson, Trustee

8161 Highway 100

Suite 184

Nashville, TN 37221

(615) 347-5869

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**